# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - JURY TRIAL

Phoenix Division

CV-13-00915-PHX-JJT            DATE:  5/21/2015
    Year   Case No   Initials

Title:  Maria Veloz            vs.   Green Tree Servicing, LLC
       Plaintiff                          Defendant
=======================================================================

HON: JOHN J. TUCHI

Julie Martinez                              Elaine Cropper
Deputy Clerk                                Court Reporter

**Attorney(s) for Plaintiff(s)**            **Attorney(s) for Defendant(s)**

Mary T. Hone with Plaintiff Maria Veloz     Laura Rogal and David Allen with Green Tree Servicing
and Paralegal Janet Hone and Legal Assistant Representative Brian Hamm
Julie Jensen
=======================================================================
**PROCEEDINGS:   __FINAL PRETRIAL    X  JURY TRIAL     ___VOIR DIRE    __JURY SWORN**

Trial day #  3

9:17 a.m.  Court convenes.  Jury is not present.  Argument is held re: Defendant Green Tree Servicing, LLC's Motion for Judgment as a Matter of Law (Doc. 144).  For reasons as stated on the record, IT IS ORDERED granting in part and denying in part Defendant Green Tree Servicing, LLC's Motion for Judgment as a Matter of Law (Doc. 144).  10:02 a.m.  Court is in recess.

10:07 a.m.  Court reconvenes.  Jury is not present.  For reasons as stated on the record, IT IS FURTHER ORDERED denying Plaintiff's oral Motion for Judgment as a Matter of Law.  10:09 a.m.  Court is in recess.

10:22 a.m.  Court reconvenes.  Jury is present.  **Defendant's case:**  Brian Hamm is recalled and examined further.  Witness is excused.  Juror question #4 is discussed.  Nate Peterson sworn and examined.  Witness is excused.  Andrew Jeska is sworn and examined.  Juror question #5 and #6 are discussed.  Witness is excused.  Exhibit 52 is admitted.  Defense rests.  12:02 p.m.  Jury exits the courtroom.  Discussion held re: final jury instructions.  For reasons as stated on the record, IT IS FURTHER ORDERED denying Defendant's oral Motion to renew the Rule 50(a) Motion.  12:04 p.m.  Court is in recess.

12:14 p.m.  Court reconvenes.  Jury is not present.  Discussion held re: final jury instructions and verdict forms.  12:15 p.m.  Court is in recess.

1:14 p.m.  Court reconvenes.  Jury is not present.  Discussion continues re: final jury instructions and verdict forms.  2:07 p.m.  Court is in recess.

2:11 p.m.  Court reconvenes.  Jury is not present.  Discussion continues re: final jury instructions and verdict forms.  2:13 p.m.  Court is in recess.

2:42 p.m.  Court reconvenes.  Jury is not present.  Discussion continues re: final jury instructions and verdict forms.  2:48 p.m.  Court is in recess.

2:59 p.m.  Court reconvenes.  Jury is not present.  Discussion continues re: final jury instructions and verdict forms.  3:06 p.m.  Jury is present.  The Court reads the final jury instructions.  Closing arguments.  4:09 p.m. Bailiffs are sworn to take charge of the jury.  4:10 p.m.  Jury leaves the courtroom to commence deliberations. Discussion held re: schedule and contact information.  4:15 p.m.  Court is in Recess.

5:02 p.m.  The Court has been advised that the jury has reached a verdict.

5:48 p.m.  Court reconvenes.  Jury is present.  Verdict is read. The Court advises the Jury the admonition has been lifted and that they are excused from their jury service.

IT IS ORDERED directing the Clerk's Office to enter judgment accordingly, in favor of the Defendant.

5:52 p.m.  Court is adjourned.

    Time in Court: 4 hrs. 51 min.
Start: 9:17 AM
Stop: 5:52 PM